PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:93-CR-00475-KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TIMOTHY GAINEY, | |
| Defendant. | |

ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the charges in the Indictment in the above-captioned action against the named defendant.

It is hereby ORDERED that the Indictment is dismissed as to defendant TIMOTHY S. GAINEY.

DATED: December 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE